Rev. 1/07

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

'10 FEB 19 P 1:18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Clarence A. Briggs
_____

(Full name of the Plaintiff(s) in this action)

v.

Bradley Boyd
Major Howard, Sherry Quinn
Nurse Missy, Officer [redacted]
Officer Brooks, Dr. Thour
Officer Black

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:10CV-34-R
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

**I.   PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Clarence A. Briggs

Place of Confinement: Christian County Jail Hopkinsville Ky 42240

Address: 410 W. 7th Street

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( __ )    PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( __ )    PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Bradley Boyd** is employed as **Jailer** at **Christian County Jail**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( __ ) official capacity.

(2) Defendant **Major Howard** is employed as **Major** at **Christian County Jail**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( __ ) official capacity.

(3) Defendant **Sherry Quinn** is employed as **Head of Class D program** at **Christian County Jail**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( __ ) official capacity.

(4) Defendant **Officer Brooks, Officer Garder** is employed as **Officer's** at **Christian County Jail**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( __ ) official capacity.

(5) Defendant **Nurse Missy** is employed as **Nurse** at **Christian County Jail**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES ( ) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

---

I Also like to point out Christian County don't have no Grievance process system And this is why am sending it to the United States District Court Western District of Kentucky. Am Filing this Civil Right Complaint aginst the Jailer Bradley Boyd, Major Howard, Sherry Quinn, officer Garder, officer Brook's And Nurse Missy for Cruel And unusal Punishment they all have violated my 8th Amendment Consitutional Right I have mental Health Issue where I can't be around lot's of people's. the Jail have no where to put me beside Isolation. I have not been treated fair since I been here 12-7-09 at Christian County Jail these officer's Consistency pick at me because of my mental + medical Health Issue, I have wrote the Head Jailer Bradley Boyd And Major Howard and Sherry Quinn Numerous time's. I have ask Sherry Quinn time after time to help me with my situation but she alway say she dosen't have time when am going to "check my Blood Sugar" Just today 1-13-10 I Ask Mrs. Quinn for her help She turn her nose up And said I don't got time for you loser Why Mrs. Quinn said that to me I don't know why. This is

4

## III. STATEMENT OF CLAIM(S) continued

Why am bring my case to court, it not right how they treating me here at Christian County Jail the way thing or going I can see one of these officers hurting me because of my mental and medical condition. I ask this court for help and this is why I am filing this civil lawsuit against the jail of Christian County. I ask the court to please accept my civil complaint I am filing against the jail of Christian County. I have had no physical or mental health examination done on me since I been here there no one to talk to about my mental health issue. I need to be place where I can talk to the mental health any time they are needed. At the institutional prisons they are there every day, here at Christian County you are just stuck in a cell to get more stress and depress, only thing Christian County offer is isolation they don't care nothing about you at all. Christian County don't know the serious of my medical or mental health issue. All they have done is treat me harsh and put me in isolation for they don't have to deal with me, which is a violation of my constitutional right. I ask this court to here my case for this will not happen to anyone else that might have the same mental and medical health as myself. Also want court to know officers on first shift and officers on the 3rd shift or racist toward me. I want even got get my blood sugar check. I don't trust officer River and officer Blick with my medication on 3rd shift.

IV. **RELIEF**

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

✔ award money damages in the amount of $ __250,000__

✔ grant injunctive relief by __$100,000__

✔ award punitive damages in the amount of $ __50,000 each__

____ other: __leave up to the court__

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __12__ day of __Febuary__, 20__10__.

__Clarence A Briggs__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __2-12-10__.

__Clarence A. Briggs__
(Signature)

6



Clarence A. Briggs #204112
Christian County Jail
410 West 7th Street
Hopkinsville, Ky 42240

CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240

United State District Court
of the
Western District of Kentucky
501 Broadway
Paducah, Ky 42062