UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:10CV-P34-R

**CLARENCE A. BRIGGS**                                                                      **PLAINTIFF**

v.

**BRADLEY BOYD** *et al.*                                                                   **DEFENDANTS**

## MEMORANDUM OPINION

By Order entered June 30, 2010, the Court directed Plaintiff to submit a completed summons form for each Defendant against whom the action is proceeding. The Court warned Plaintiff that failure to comply within 30 days would result in dismissal of this action for failure to prosecute.

Federal Rule of Civil Procedure 41(b) permits the Court to dismiss the action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." The 30-day period has expired, and a review of the record reveals that Plaintiff has failed to comply with the Court's Order.

Accordingly, by separate Order, the Court will dismiss the action under Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with a prior order of this Court.

Date:

cc: Plaintiff, *pro se*
     Defendants
     Christian County Attorney
4413.005